UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Angela M. Lambert and
Jennifer L. Moran,

Plaintiffs,

v.

Robinson's River Inn Saloon,
a Minnesota Corporation,

Defendant.

**STIPULATION TO EXTEND DEADLINE TO ANSWER THE COMPLAINT AND ORDER**

Court File No. 001-1991 JMR/SRN

The parties hereby stipulate and agree that Defendant Robinson's River Inn Saloon shall have until September 29, 2000, in which to answer or otherwise plead to the Complaint of Angela M. Lambert and Jennifer L. Moran.

SO STIPULATED:

Dated: 9-11-2000

JOSEPH G. BEATON, LTD.

By: ______________________

Joseph Beaton, Atty ID No. 5745
3109 Hennepin Avenue South
Minneapolis, MN 55408
Telephone: (612) 871-6604

Attorney for Defendant
Robinson's River Inn Saloon

FILED SEP 15 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD__________
DEPUTY CLERK__________

Dated: 9/11/00

NICHOLS KASTER & ANDERSON

By: ______________________

Tiffany A. Sanders, Atty ID No. 260514
4644 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 338-1919

Attorney for Plaintiffs Angela M. Lambert
and Jennifer L. Moran

SO ORDERED:

Dated: September 15, 2000

BY THE COURT:

______________________

United Stated District Court
Magistrate Judge