**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Angela M. Lambert and
Jennifer L. Moran,

Plaintiffs,

v.

Robinson's River Inn Saloon,
a Minnesota Corporation,

Defendant.

**STIPULATION AND ORDER FOR DISMISSAL**

Court File No. 00-1991 JRM/SRN

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, by their respective counsel, that this action, having been resolved, is hereby dismissed with prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, each party to bear their own costs and attorneys' fees.

Dated: 5/24/01

James Kaster (MN ID#53946)
Tiffany Sanders (MN ID#260514)
NICHOLS KASTER & ANDERSON
4644 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 338-1919

ATTORNEYS FOR PLAINTIFFS

Dated: June 1, 2001

Susan Dickel Minsberg (MN ID # 158252)
Commerce at the Crossings
250 Second Avenue South
Suite 225
Minneapolis, MN 55401-2161
(612) 332-3100

JUN 7 2001

FILED JUN 7 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Date: 6-1-01

David G. Roston

David G. Roston (MN ID #93725)
Segal, Roston & Berris, PLLP
Commerce at the Crossings
250 Second Avenue South
Suite 225
Minneapolis, MN 55401
(612) 332-3100
ATTORNEYS FOR DEFENDANT

# ORDER

BASED ON THE FOREGOING:

IT IS HEREBY ORDERED that the above-entitled action is dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, each party to bear their own costs and attorneys' fees.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: June 6th, 2001

By: ____________________
JAMES M. ROSENBAUM
UNITED STATES DISTRICT COURT J